MICHAEL HOFFMAN, Bar No. 162496
KATHRYN M. WEEKS, Bar No. 255945
ARENA HOFFMAN LLP
220 Montgomery Street, Suite 905
San Francisco, CA  94104
Telephone:   415.433.1414
Facsimile:   415.520.0446
Email:        mhoffman@arenahoffman.com
              kweeks@arenahoffman.com

Attorneys for Defendant
AUTOZONERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN JULES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOZONERS, LLC a corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-00415- AC<br><br>**STIPULATON AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: July 12, 2021

/S/ Michael Hoffman
MICHAEL HOFFMAN
KATHRYN M. WEEKS
ARENA HOFFMAN LLP
Attorneys for Defendant
AUTOZONERS, LLC

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA  94104
415.433.1414

STIPULATION AND ORDER TO ELECT
REFFERRAL OF ACTION TO VDRP

Case No. 2:21-cv-00415-AC

Dated: July 12, 2021

        /S/ James A. Clark
        JAMES A. CLARK
        RENEE P. ORTEGA
        TOWER LEGAL GROUP, P.C.
        Attorneys for Plaintiff
        JONATHAN JULES

IT IS SO ORDERED.

Dated: July 19, 2021

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

STIPULATION AND ORDER TO ELECT REFFERRAL OF ACTION TO VDRP    2.    Case No. 2:21-cv-00415-AC