1  MICHAEL HOFFMAN, Bar No. 162496
   KATHRYN M. WEEKS, Bar No. 255945
2  ARENA HOFFMAN LLP
   220 Montgomery Street, Suite 905
3  San Francisco, CA  94104
   Telephone:    415.433.1414
4  Facsimile:    415.520.0446
   Email:        mhoffman@arenahoffman.com
5                kweeks@arenahoffman.com

6  Attorneys for Defendant
   AUTOZONERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN JULES, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>AUTOZONERS, LLC a corporation, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-00415- AC<br><br>**STIPULATON AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED, by and between the parties to the action, Plaintiff Jonathan Jules ("Jules") and Defendant AutoZoners, LLC ("AutoZone"), through their attorneys of record and subject to the Court's approval, to the following:

Pursuant to Fed. R. Civ. P. 41(a), Jules and AutoZone agree to dismissal of the action with prejudice, with all parties to bear their own attorneys' fees and costs.

STIP. AND ORDER FOR DISMISSAL                                                      Case No. 2:21-cv-00415-AC

Dated: March 17, 2022

/S/ Michael Hoffman
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for Defendant
AUTOZONERS, LLC

Dated: March 17, 2022

/S/ James A. Clark
JAMES A. CLARK
TOWER LEGAL GROUP, P.C.
Attorneys for Plaintiff
JONATHAN JULES

### Attestation

Prior to ECF filing this document, I obtained consent from the above-referenced counsel in accordance with Eastern District Local Rule 131(d).

/S/ Michael Hoffman
MICHAEL HOFFMAN

### ORDER

Pursuant to stipulation and good cause appearing, the action is dismissed with prejudice and all parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 7, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

STIP. AND ORDER FOR DISMISSAL   2.   Case No. 2:21-cv-00415-AC